# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AMADORA SYSTEMS LLC, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. 2:24-cv-618 |
| v. | § | |
| | § | |
| REGIONS BANK, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |
| | § | |

## DEFENDANT REGIONS BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Regions Bank, by and through its undersigned counsel, hereby disclose that Regions Bank is an Alabama corporation and a wholly-owned subsidiary of Regions Financial Corporation, which is a Delaware corporation and a publicly held company whose stock is traded on the New York Stock Exchange. As of the most recent publicly available information, The Vanguard Group, Inc. owns 11.74% of the outstanding shares of Regions Financial Corporation common stock, and BlackRock, Inc. owns 10.13% of the outstanding shares of Regions Financial Corporation's common stock. No other company owns 10% or more of the outstanding shares of Regions Financial Corporation common stock.

| | |
|---|---|
| Dated: October 10, 2024 | Respectfully submitted,<br><br>**McGUIREWOODS LLP**<br><br>*/s/ Jason W. Cook*<br>Jason W. Cook<br>Texas Bar No. 24028537<br>2601 Olive Street, Suite 2100<br>Dallas, Texas 75201<br>Tel: (214) 932-6400<br>Fax: (214) 932-6499<br>jcook@mcguirewoods.com<br><br>Corinne S. Hockman<br>Texas Bar No. 24102541<br>845 Texas Ave., 24th Floor<br>Houston, Texas 77002<br>Tel: (713) 571-9191<br>Fax: (713) 571-9652<br>chockman@mcguirewoods.com<br><br>*Counsel for Defendant*<br>*Regions Bank* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on October 10, 2024.

                                                       */s/ Jason W. Cook*
                                                     Jason W. Cook